883 A.2d 344

IN THE MATTER OF BEN J. ZANDER AN ATTORNEY AT LAW (ATTORNEY NO. 005261982).

September 30, 2005.

## O R D E R

**BEN J. ZANDER** of **SPRINGFIELD**, who was admitted to the bar of this State in 1982, having pleaded guilty in the United States District Court for the District of New Jersey to a federal information charging him with being an accessory after the fact to mail fraud, in violation of 18 *U.S.C.A.* 3, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **BEN J. ZANDER** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **BEN J. ZANDER** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **BEN J. ZANDER** comply with *Rule* 1:20–20 dealing with suspended attorneys.